## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Collins, individually and on behalf of similarly situated persons,<br><br>　　　　Plaintiffs,<br>v.<br><br>Lakes Area Pizza, Inc., et al.,<br><br>　　　　Defendants. | No. 21-cv-1457(KMM/DTS)<br><br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Consent Motion for (1) Certification of a Collective and Class action for Settlement Purposes, (2) Approval of a Collective Action Settlement, (3) Preliminary Approval of a Class Action Settlement, (4) Approval of Notice to Putative Claimants, and (5) Scheduling a Hearing for Final Approval of the Parties' Class Action Settlement Agreement. [ECF No. 32]. Based on the motion and the materials submitted in support, the motion is granted and the Court hereby:

　　　　(a)　certifies a Minnesota class action for purposes of settlement;

　　　　(b)　certifies an FLSA collective action for purposes of settlement;

　　　　(c)　preliminarily finds that the parties' settlement of the Minnesota class claims appears to be fair, reasonable, and adequate as to members of the class, subject to any objections that may be raised at the final fairness hearing and final approval of the settlement by this Court;

　　　　(d)　finds that the parties' settlement of the FLSA claim appears to be a fair, reasonable, and adequate resolution of a *bona fide* dispute between the parties;

(e) grants preliminary approval of the Minnesota class action settlement;

(f) grants approval of the FLSA collective action settlement;

(g) approves as to form and content the parties' proposed notice as reasonable notice practicable under the circumstances and in full compliance with applicable law;

(h) orders dissemination of the parties' proposed notice;

(i) orders that each class member be given a full opportunity to file a claim, object to, or opt-out of the Settlement Agreement, and to participate at the final approval hearing; and

(j) schedules a final fairness hearing.

A final fairness hearing concerning the parties' class action settlement shall be held **at 10:00 a.m., on Thursday, March 29, 2023, in Courtroom 3A in the Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Streen, St. Paul, MN 55101**.

Date: November 14, 2022

                                              *s/Katherine Menendez*
                                              Katherine Menendez
                                              United States District Judge