# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Collins,

                Plaintiff,

v.

Lakes Area Pizza, Inc., Corey L. Johnson,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21cv1457 (KMM/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Consent Motion [Dkt. No. 39] is **GRANTED**.

2. The parties' settlement, as set forth in the parties' Settlement Agreement and Release [Dkt. No. 39-1], is approved as a fair, reasonable, and adequate resolution of *bona fide* disputes between the parties.

3. The individual settlements of Brandon Gageby, Kevin Gageby, Noah Jones, Austin Kadlec, and David Shindley [Dkt. No. 39-2] are approved as fair, reasonable and adequate resolutions of their respective wage and hour claims.

4. A $5,000.00 service award to Named Plaintiff Robert Collins is approved.

5. The attorney fee rates sought by Plaintiff's counsel are reasonable and an award of fees and costs equal one-third of the gross settlement value is approved.

6. Plaintiff's counsel is awarded $3,987.80 for litigation costs.

7. The settlement administrator is awarded $9,500.00 for fees and costs.

8. The parties must effectuate the settlement terms.

9. This matter and all claims asserted in this matter are dismissed with prejudice.

Date: 7/7/2023                                         KATE M. FOGARTY, CLERK